# EXHIBIT A



US00D627672S

(12) **United States Design Patent**
Shin

(10) Patent No.: **US D627,672 S**
(45) Date of Patent: ** **Nov. 23, 2010**

(54) **WARNING LIGHT LENS**

(76) Inventor: David D Shin, 7322 Madison St., Paramount, CA (US) 90723

(**) Term: 14 Years

(21) Appl. No.: 29/352,286

(22) Filed: Dec. 18, 2009

(51) LOC (9) Cl. ............................................. 10-05
(52) U.S. Cl. ............................................. D10/114
(53) Field of Classification Search ............. D10/109, D10/111, 114; D26/28, 120
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D118,717 S | 1/1940 | Alm |
| D134,349 S * | 11/1942 | Cadwallader ........... D25/120 |
| 2,848,597 A * | 8/1958 | Kautmanns ........... 362/227 |
| 3,093,320 A | 6/1963 | Kropp |
| D205,957 S | 10/1966 | Shakle |
| D215,117 S | 9/1969 | Stahl |
| D221,106 S | 7/1971 | Tisler |
| D223,521 S * | 4/1972 | Sheward ........... D10/111 |
| 4,020,047 A | 4/1977 | Buzaud |
| D246,131 S | 10/1977 | Schibla |
| D248,591 S | 8/1978 | Tisler |
| D255,953 S | 7/1980 | Pease |
| D282,637 S | 2/1986 | McMahon |
| D352,914 S | 11/1994 | Sours |
| D375,180 S | 10/1996 | Lyons |
| D402,576 S | 12/1998 | Yang et al. |
| D414,712 S * | 10/1999 | Yang et al. ........... D10/111 |
| D453,511 S | 12/2003 | Loy |
| D512,790 S * | 12/2005 | Handraker et al. ........... D26/28 |
| D530,407 S | 10/2006 | Neufglise |
| D542,948 S | 5/2007 | Columbo |
| D564,103 S | 3/2008 | Lassen |
| D583,695 S * | 12/2008 | Grote, Jr. ........... D10/109 |
| D584,180 S | 1/2009 | Pokorny |

| | | | |
|---|---|---|---|
| D589,835 S | 4/2009 | Pokorny | |
| D591,187 S | 4/2009 | Pokorny | |
| D591,188 S | 4/2009 | Pokorny | |
| D593,428 S | 6/2009 | Lyons | |
| D595,172 S | 6/2009 | Pokorny | |
| D600,584 S * | 9/2009 | Lyons ........... | D10/114 |
| D610,931 S * | 1/2010 | Lyons ........... | D10/114 |
| 2005/0190553 A1 | 9/2005 | Lynch et al. | |

* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—George D Kitsselbaum
(74) *Attorney, Agent, or Firm*—Kirk A. Buhler; Buhler & Associates

(57) **CLAIM**

The ornamental design of a warning light lens, as shown and described.

**DESCRIPTION**

FIG. 1 is a top perspective view for a warning light lens showing my new design;

FIG. 2 is a top view thereof;

FIG. 3 is a right view, the opposite left side is a mirror image thereof;

FIG. 4 is a bottom view thereof;

FIG. 5 is a front view, the opposite back side is a mirror image thereof;

FIG. 6 is a cross-sectional view taken along the lines 6—6 from FIG. 2; and,

FIG. 7 is a cross-sectional view taken along the lines 7—7 from FIG. 3.

FIG. 8 is a perspective view of the warning light lens with environmental mounted hardware.

The broken lines in FIG. 8 depict environmental subject matter of mounting hardware for the invention only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**





**U.S. Patent**      Nov. 23, 2010      Sheet 1 of 4      **US D627,672 S**



**FIG. 1**

**U.S. Patent**      Nov. 23, 2010      Sheet 2 of 4      US D627,672 S



FIG. 2

FIG. 3

FIG. 4

U.S. Patent          Nov. 23, 2010          Sheet 3 of 4          US D627,672 S



**FIG. 5**



**FIG. 6**



FIG. 7

FIG. 8

# EXHIBIT B



US00D614986S

(12) **United States Design Patent**     (10) Patent No.:     **US D614,986 S**
Shin                                      (45) Date of Patent:     **  May 4, 2010**

(54) **MIRRORED LIGHT BAR SET FOR EMERGENCY VEHICLES**

(76) Inventor: **David D Shin**, 7322 Madison St., Paramount, CA (US) 90723

(**) Term: **14 Years**

(21) Appl. No.: **29/341,525**

(22) Filed: **Aug. 6, 2009**

(51) LOC (9) Cl. ............................................... **10-05**
(52) U.S. Cl. .................................................... **D10/114**
(58) Field of Classification Search .............. D10/114; D26/72, 85; 362/540–549
See application file for complete search history.

(56)                    **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,814,029 | A | 11/1957 | McRea |
| 3,278,741 | A | 10/1966 | Wood |
| D249,250 | S | 9/1978 | Peirisj, Jr. |
| 4,357,595 | A | 11/1982 | Gosswiller |
| D274,001 | S | 5/1984 | Sailers |
| 4,620,268 | A | 10/1986 | Ferenc |
| 4,937,711 | A | 6/1990 | Shuen |
| 4,956,753 | A | 9/1990 | Renfrew |
| D324,921 | S | 3/1992 | Stanuch et al. |
| D355,142 | S | 2/1995 | Wagner |
| D400,675 | S | 11/1998 | Sopko |
| RE36,245 | E * | 7/1999 | Stanuch et al. .............. 362/480 |
| D419,249 | S | 1/2000 | Ford et al. |
| D442,106 | S | 5/2001 | Stein et al. |
| 6,461,008 | B1 | 10/2002 | Pederson |
| 6,511,216 | B2 * | 1/2003 | Strickland .................... 362/542 |
| 6,590,502 | B1 | 7/2003 | Pederson |
| 6,623,151 | B2 | 9/2003 | Pederson |
| 6,788,217 | B2 | 9/2004 | Pederson |
| 6,789,930 | B2 | 9/2004 | Pederson |
| 6,814,459 | B2 | 11/2004 | Pederson |
| 6,822,578 | B2 | 11/2004 | Pederson |
| 7,033,036 | B2 | 4/2006 | Pederson |
| 7,394,398 | B2 | 7/2008 | Pederson |
| D592,089 | S * | 5/2009 | Shin ........................... D10/114 |
| 2008/0080203 | A1* | 4/2008 | Neufeglise ................. 362/540 |

* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—George D Kirschbaum
(74) *Attorney, Agent, or Firm*—Kirk A. Buhler; Buhler & Associates

(57)                    **CLAIM**

The ornamental design for a mirrored light bar set for emergency vehicles, as shown and described.

**DESCRIPTION**

FIG. 1 is a top, left perspective view of a mirrored light bar set for emergency vehicles showing my new design;

FIG. 2 is a front, top right perspective view of the right unit, as seen in FIG. 1, the left unit being a mirror image thereof;

FIG. 3 is a top, left, perspective view of the right unit, as seen in FIG. 1, the left unit being a mirror image thereof;

FIG. 4 is a top view thereof;

FIG. 5 is a bottom view thereof;

FIG. 6 is a front view thereof;

FIG. 7 is a back view thereof;

FIG. 8 is a right side view of the left unit, the right unit having a mirror image thereof;

FIG. 9 is a left side view of the right unit, the left unit having a mirror image view thereof; and,

FIG. 10 is environmental of the claimed design.

The broken lines in FIGS. 1 and 4–10 depict mounting hardware environmental subject matter and form no part of the claimed design.

The broken lines in FIG. 10 depict environmental subject matter of a vehicle and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG. 1



FIG. 2

FIG. 3



FIG. 4

FIG. 5

**FIG. 6**

**FIG. 7**



**FIG. 8**



**FIG. 9**

Case 2:16-cv-03127-JVS-JPR   Document 1-1   Filed 05/06/16   Page 14 of 21   Page ID #:19



**FIG. 10**

# EXHIBIT C

LED OUTFITTERS INC                          PATENT NUMBE NAME, COLOR, & MODEL



12" RAZOR LINEAR MINI
LIGHTBAR

CODE: 12MINILIN

D627,672          Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White



27" SABER LINEAR MINI
LIGHTBAR

CODE: 27MINI LINEAR

D627,672          Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White



**30" RAZOR MINI LIGHTBAR LINEAR**

D627,672

CODE: 30RZLIN

Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White



**40" RAZOR LINEAR LIGHTBAR**

CODE: 40RAZORlin

D627,672

Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White



**60" SABER REX LINEAR TOW TRUCK/WRECKER LIGHTBAR**

CODE: 60LINEARLIGHTBAR

D627,672



Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White

**20" RAZOR MINI LIGHTBAR
LINEAR**



D627,672          CODE: 20razorlinear

Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White

**INFILTRATOR SERIES 2
HEAD LINEAR DASH LIGHT**

CODE: 2HEADINFL



D627,672

Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White



48" SABER REX LINEAR LED
Light bar

D627,672          CODE: 0138

Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White



55" SABER REX LINEAR LED
Light bar

CODE: 007

D627,672

Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White



INFILTRATOR SERIES 4
HEAD LINEAR WARNING
BAR

CODE: 4HEADINFL



D627,672

Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White

INFILTRATOR SERIES 6
HEAD LINEAR WARNING
BAR



D627,672            CODE: 6HEADINFL

Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White

INFILTRATOR SERIES 8
HEAD LINEAR WARNING
BAR



D627,672            CODE: 8HEADINFL

Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White



D614,986

DAMEGA ECO INTERIOR
LIGHTBAR


CODE: VZ3000


Color: Amber,White, Amber
White, Red, Blue
Red Blue, Green, Blue
White